# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

IN THE MATTER OF:

**Case No.:** 22-41056
**Chapter 13**
**Judge:** Maria L. Oxholm

Jennifer Moore

**Debtor(s)**

_____/

## STIPULATION TO ADJOURN HEARING OTHER THAN §341 MEETING

The undersigned parties agree to the entry of an Order to Adjourn Hearing Other Than §341 Meeting as evidenced by the attached exhibit A for the reason stated in the Order.

Within three (3) days of the date of execution of this Stipulation, *the party with the checked box below* shall submit this Stipulation and the proposed Order to the Court.

OFFICE OF THE CHAPTER 13 STANDING
TRUSTEE, DAVID WM. RUSKIN

☐/s/ JOHN P. KAPITAN _____
DAVID Wm. RUSKIN (P26803), Trustee
LISA K. MULLEN (P55478), Staff Attorney
JOHN P. KAPITAN (P61901), Staff Attorney
1100 Travelers Tower, 26555 Evergreen Road
Southfield, MI  48076-4251
(248) 352-7755

☒/s/John A. Steinberger_____
Attorney for Debtor(s) Signature
John A. Steinberger P30812
John A. Steinberger & Associates
17515 W. Nine Mile Rd, Suite 420
Southfield, MI  48075
248.559.4055/john@steinbergerlaw.com
Date: July 15, 2022

☐_____
Creditor Signature

_____
Print Name

_____
_____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

**IN THE MATTER OF:**  Case No.: 22-41056
  Chapter 13
**Jennifer Moore**  Judge: Maria L. Oxholm

**Debtor(s)**

_____/

### <u>ORDER ADJOURNING HEARING OTHER THAN §341 MEETING</u>

**THIS MATTER** came before the Court on the filing of a Stipulation Adjourning Hearing Other Than §341 Meeting (ECF#29). The Court has reviewed the pertinent pleadings and is advised in the premises;

*(Only those boxes checked apply):*

☐ Motion to Dismiss Case  ☒ Plan Confirmation  ☐ Plan Modification

☐ Motion for Relief from Stay as to creditor: _____

☐ Motion for Loan Modification

☐ Objection to Proof of Claim #: _____  ☐ Other: _____

**IT IS HEREBY ORDERED** THE ABOVE REFERENCED MATTER(S) IS/ARE ADJOURNED FROM July 18, 2022 TO November 14, 2022 AT 1:30 PM.

**IT IS FURTHER ORDERED** *(only those boxes checked apply)***:**

☐ Debtor shall file and serve _____ on or before _____.

☐ Debtor shall provide _____ to the Trustee on or before _____.

☒ Debtor shall be 100% current on trustee's records from 7/18/2022 to 11/04/2022.

**IT IS FURTHER ORDERED** *(only those boxes checked apply)***:**

☒ If any of the above is not completed by the date specified, the case may be dismissed without further notice or hearing upon the filing by the Trustee of an affidavit of non-compliance.

☐ If any of the above is not completed by the date specified, the automatic stay as to the property described as _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an affidavit of non-compliance.